UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN, | : | CIVIL ACTION NO.: |
| | : | 3: 03 CV 452 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BETH EL TEMPLE OF | : | |
| WEST HARTFORD, INC., | : | |
| | : | |
| Defendant. | : | NOVEMBER 5, 2003 |

## DEFENDANT'S MOTION FOR INITIAL EXTENSION OF TIME TO ANSWER DISCOVERY

Pursuant to Rule 9(b) of the United States District Court for the District of Connecticut, the defendant, Beth El Temple of West Hartford, Inc. hereby moves for an extension of time of thirty (30) days, through November 28, 2003, to answer the plaintiff's interrogatories and requests for production dated September 29, 2003.

In support of this motion, the defendant, through counsel, represents the following:

1. This is the first motion for extension of time that has been filed by the moving party with respect to this limitation.

2. This request for extension does not exceed thirty (30) days.

3. Defense counsel has reviewed plaintiff's discovery requests and is in the process of compiling the responses.

4. Pursuant to Local Rule 9(b)(3), defendant's counsel has inquired of opposing counsel, William Madsen, who stated during a telephone conference on November 5, 2003 that the plaintiff has no objection to this motion.

BETH EL TEMPLE OF
WEST HARTFORD, INC.,
By Its Attorneys,


_____
Mark A. Newcity
Fed Bar # ct07991
**FITZHUGH, PARKER & ALVARO LLP**
One Constitution Plaza, Suite 900
Hartford, CT 02110
(860) 549-6803


# Certificate of Service

The undersigned hereby certifies that on November 5, 2003, a copy of the above document was sent to William G. Madsen, counsel for the plaintiff, at Madsen, Prestley & Parenteau, LLC, 44 Capitol Ave., Suite 201, Hartford, CT 06106, by first class mail, postage prepaid.

_____
Mark A. Newcity