UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 9/17/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 12, 2003   Held

10:00 a.m.   4 hours

CASE NO. **3:03cv452 (CFD)**   **Ruran v Beth El Temple of West Hartford**

William G. Madsen
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106


Mark A. Newcity
Fitzhugh, Parker & Alvaro
1 Constitution Plaza
Suite 900
Hartford, CT 06103


* JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

   THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK