UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 5, 2004

1:30 p.m.

*Held 30 mins.*

CASE NO. **3:03cv452 (CFD)**   **David Ruran v Beth El Temple of West Hartford**

William G. Madsen
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Mark A. Newcity
Fitzhugh, Parker & Alvaro
1 Constitution Plaza
Suite 900
Hartford, CT 06103

* COUNSEL WILL INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL.

   THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK