UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | CIVIL ACTION NUMBER |
|     **Plaintiff,** | : | |
| | : | 3: 03 cv 452 (CFD) |
| **V.** | : | |
| | : | |
| **BETH EL TEMPLE OF WEST** | : | |
| **HARTFORD, INC.,** | : | |
|     **Defendant** | : | JANUARY 29, 2004 |

**PLAINTIFF'S FIRST MOTION ON CONSENT TO EXTEND TIME FOR
PLAINTIFF'S EXPERT DISCLOSURE
AND CORRESPONDING SUBSEQUENT DEADLINES**

    Pursuant to the Federal Rules of Civil Procedure and Local Rule7 of this Court, Plaintiff, David Ruran, respectfully requests a three month extension of time--until April 30, 2004--in which to furnish his expert report in this matter and to extend all corresponding subsequent deadlines.  In support of this motion, Plaintiff states the following:

1. Pursuant to this Court's Order, Plaintiff is to furnish his expert reports by January 30, 2004; Defendant is to depose Plaintiff's experts on or before March 1, 2004; Defendant is to furnish its expert reports by April 1, 2004; Plaintiff is to depose Defendant's experts on or before April 30, 2004; discovery is to be complete by April 30, 2004; and dispositive motions thereafter due by June 1, 2004.

2. The parties, in an effort to resolve this matter prior to expending significant resources, requested an early settlement conference with Magistrate Judge William I. Garfinkel.  Said conference was conducted on November 12, 2003.

**ORAL ARGUMENT IS NOT REQUESTED NOR IS TESTIMONY REQUIRED**

3.   This matter did not settle at the settlement conference, however, the parties have continued to have settlement discussions. In addition, the undersigned took part in a telephone conference with Magistrate Judge Garfinkel on January 5, 2004, at which time it was agreed that a follow-up settlement conference with Magistrate Judge Garfinkel would take place.

4.   While the follow-up settlement conference has not yet been scheduled, the parties anticipate that it will occur in the next two months, subject to Magistrate Judge Garfinkel's availability.

5.   This is the first such enlargement of time sought by either party in this case.

6.   The undersigned has spoken with Mark Newcity, counsel for Defendants, who states that he consents to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests a three month enlargement of time--until April 30, 2004--in which to furnish his expert report in this matter and to extend all corresponding subsequent deadlines. With said extension of time, Plaintiff is to furnish his expert reports by April 30, 2004; Defendant is to depose Plaintiff's experts on or before June 1, 2004; Defendant is to furnish its expert reports by July 1, 2004; Plaintiff is to depose Defendant's experts on or before July 30, 2004; discovery is to be complete by July 30, 2004; and dispositive motions thereafter due by September 1, 2004.

                                                  THE PLAINTIFF,
                                                  David Ruran


By_____
William G. Madsen (CT 09853)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave.; Suite 201
Hartford, CT 06106
(860) 246-2466 - telephone
(860) 246-2794 - facsimile
wmadsen@mppjustice.com - e-mail


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on this date, postage pre-paid, to the following:

Mark A. Newcity
Fitzhugh, Parker, & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

Honorable William I. Garfinkel
United States Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604


                                        _____
                                        William G. Madsen