03cv452mExtTime

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 29 P 1:31
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DAVID RURAN,<br>    Plaintiff, | CIVIL ACTION NUMBER<br>3: 03 cv 452 (CFD) |
| V. | |
| BETH EL TEMPLE OF WEST<br>HARTFORD, INC.,<br>    Defendant | JANUARY 29, 2004 |

### PLAINTIFF'S FIRST MOTION ON CONSENT TO EXTEND TIME FOR PLAINTIFF'S EXPERT DISCLOSURE AND CORRESPONDING SUBSEQUENT DEADLINES

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, Plaintiff, David Ruran, respectfully requests a three month extension of time--until April 30, 2004--in which to furnish his expert report in this matter and to extend all corresponding subsequent deadlines. In support of this motion, Plaintiff states the following:

1. Pursuant to this Court's Order, Plaintiff is to furnish his expert reports by January 30, 2004; Defendant is to depose Plaintiff's experts on or before March 1, 2004; Defendant is to furnish its expert reports by April 1, 2004; Plaintiff is to depose Defendant's experts on or before April 30, 2004; discovery is to be complete by April 30, 2004; and dispositive motions thereafter due by June 1, 2004.

2. The parties, in an effort to resolve this matter prior to expending significant resources, requested an early settlement conference with Magistrate Judge William I. Garfinkel. Said conference was conducted on November 12, 2003.

**ORAL ARGUMENT IS NOT REQUESTED NOR IS TESTIMONY REQUIRED**

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT