UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 24, 2003

11:00 a.m.

*Held 4 hours.*

CASE NO. **3:03cv452 (CFD)**   Ruran vs. Beth El Temple

William G. Madsen
Madsen & Prestley
44 Capitol Ave, 2nd Fl E.
Suite 201
Hartford, CT 06106


Mark A. Newcity
Fitzhugh, Parker & Alvaro
1 Constitution Plaza
Suite 900
Hartford, CT 06103


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK