UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| DAVID RURAN, | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | 2004 APR 28 P 2: 14 |
| | : | 3: 03 CV 452 (CFD) |
| V. | : | |
| | : | |
| BETH EL TEMPLE OF WEST | : | |
| HARTFORD, INC., | : | |
| Defendant | : | APRIL 28, 2004 |

### JOINT MOTION TO ENLARGE THE SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, the parties respectfully request a ten month enlargement of time--until March 1, 2005–of the scheduling order currently in place in this matter. In support of this motion, the parties state the following:

1. Pursuant to this Court's Order, Plaintiff is to furnish his expert reports by April 30, 2004; Defendant is to depose Plaintiff's experts on or before June 1, 2004; Defendant is to furnish its expert reports by July 1, 2004; Plaintiff is to depose Defendant's experts on or before July 30, 2004; discovery is to be complete by July 30, 2004; and dispositive motions thereafter due by September 1, 2004.

2. The parties, in an effort to resolve this matter prior to expending significant resources, requested an early settlement conference with Magistrate Judge William I. Garfinkel. Said conference was conducted on November 12, 2003.

**ORAL ARGUMENT IS NOT REQUESTED NOR IS TESTIMONY REQUIRED**

3. This matter did not settle at the settlement conference, however, the parties continued to have settlement discussions. In addition, a follow-up settlement conference was held with Magistrate Judge Garfinkel on March 24, 2004, after which Judge Garfinkel requested that the parties continue to conduct discussions regarding settlement.

4. This matter did not settle during the course of those subsequent discussions and at this time the parties believe that it is necessary to take depositions and conduct discovery.

5. This parties believe that at least ten (10) depositions will be taken and that they will need significant time to conduct discovery and take said depositions.

6. This is the second enlargement of time sought by either party in this case.

7. The undersigned is filing this motion on behalf of both parties to this matter.

WHEREFORE, the parties respectfully request a ten month enlargement of time--until March 1, 2005--of the current scheduling order. With said extension of time, Plaintiff is to furnish his expert reports by October 30, 2004; Defendant is to depose Plaintiff's experts on or before December 1, 2004; Defendant is to furnish its expert reports by January 1, 2005; Plaintiff is to depose Defendant's experts on or before January 30, 2005; discovery is to be complete by January 30, 2005; and dispositive motions thereafter due by March 1, 2005.

THE PLAINTIFF,
David Ruran

By: _____
William G. Madsen (CT 09853)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave.; Suite 201
Hartford, CT 06106
(860) 246-2466 - telephone
(860) 246-2794 - facsimile
wmadsen@mppjustice.com - e-mail

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this date, postage pre-paid, to the following:

Mark A. Newcity
Fitzhugh, Parker, & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

_____
William G. Madsen