20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DAVID RURAN,<br>Plaintiff, | CIVIL ACTION NUMBER<br>2004 APR 28 P 2: 14 |
| V. | 3: 03 CV 452 (CFD) |
| BETH EL TEMPLE OF WEST<br>HARTFORD, INC.,<br>Defendant | APRIL 28, 2004 |

## JOINT MOTION TO ENLARGE THE SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, the parties respectfully request a ten month enlargement of time--until March 1, 2005--of the scheduling order currently in place in this matter. In support of this motion, the parties state the following:

1. Pursuant to this Court's Order, Plaintiff is to furnish his expert reports by April 30, 2004; Defendant is to depose Plaintiff's experts on or before June 1, 2004; Defendant is to furnish its expert reports by July 1, 2004; Plaintiff is to depose Defendant's experts on or before July 30, 2004; discovery is to be complete by July 30, 2004; and dispositive motions thereafter due by September 1, 2004.

2. The parties, in an effort to resolve this matter prior to expending significant resources, requested an early settlement conference with Magistrate Judge William I. Garfinkel. Said conference was conducted on November 12, 2003.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.,
Hartford, CT 4/30/04

ORAL ARGUMENT IS NOT REQUESTED NOR IS TESTIMONY REQUIRED

FILED 2004 APR 30 P 2:21 U.S. DISTRICT COURT HARTFORD CT