UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | CIVIL ACTION NO |
| **Plaintiff,** | : | |
| | : | **3:03 CV 452 (CFD)** |
| **V.** | : | |
| | : | |
| **BETH EL TEMPLE OF WEST** | : | |
| **HARTFORD, INC.,** | : | |
| **Defendant** | : | September 8, 2004 |

### PLAINTIFF'S MOTION TO COMPEL AND FOR ATTORNEY'S FEES

Plaintiff, David Ruran ("Plaintiff"), hereby moves through his undersigned counsel, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order from this Court compelling Defendant, Beth El Temple of West Hartford, Inc. ("Defendant"), to provide responses and produce documents as requested by Plaintiff in his First Set of Interrogatories and Requests for Production, dated September 29, 2003.  Plaintiff also replies to the objections set forth in Defendant's Objections to Plaintiff's Interrogatories and Requests for Production, dated October 31, 2003, as each objection is inadequate as a matter of law, without a basis in fact, and without merit.  Finally, as Defendant has failed to respond to Plaintiff's discovery requests, deliberately and completely ignored the undersigned's previous good faith efforts to confer regarding these discovery disputes, and willfully violated provisions in both the Federal Rules of Civil Procedure, as well as the Local Rules for the District of Connecticut, Plaintiff moves this Court to award attorney's fees to Plaintiff pursuant to Rule 37(a)(4) or 37(d) of the Federal Rules of Civil Procedure, or Local Rule 37(a)(4) for the United States District Court for the District of Connecticut.

**ORAL ARGUMENT IS REQUESTED        TESTIMONY IS NOT REQUIRED**

**WHEREFORE,** Plaintiff respectfully moves this Court to grant his Motion to Compel and for Attorneys' Fees.

PLAINTIFF,
DAVID RURAN


By:_____/s/_____
William G. Madsen (ct09853)
MADSEN, PRESTLEY & PARENTEAU LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 (tel.)
(860) 246-1794 (fax)
wmadsen@mppjustice.com

Attorneys for the Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on the 8th day of September, 2004 to the following counsel of record:

Mark A. Newcity, Esq.
Fitzhugh, Parker & Alvaro LLP
One Constitution Plaza, Suite 900
Hartford, CT 02110


_____/s/_____
William G. Madsen