UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | **CIVIL ACTION NO** |
|     **Plaintiff,** | : | |
| | : | **3:03 CV 452 (CFD)** |
| **V.** | : | |
| | : | |
| **BETH EL TEMPLE OF WEST** | : | |
| **HARTFORD, INC.,** | : | |
|     **Defendant** | : | **September 7, 2004** |

## AFFIDAVIT OF WILLIAM G. MADSEN

The undersigned, being duly sworn, does depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am a practicing lawyer and partner with the law firm Madsen, Prestley & Parenteau, LLC.

3. I represent the Plaintiff David Ruran in the above referenced matter.

4. On September 29, 2003, I served Plaintiff's First Set of Interrogatories and Requests for Production.

5. On October 31, 2004, Defendant sent its Objections to Plaintiff's First Set of Interrogatories and Requests for Production.

6. In view of the pending settlement conference with Magistrate Judge Garfinkel on November 12, 2003, and a second such conference with Magistrate Judge Garfinkel on March 24, 2004, the parties agreed to delay discovery until such time as settlement discussions had been exhausted.

7. Once it became apparent that settlement discussions would not be fruitful, the undersigned then sent a letter to Mr. Newcity dated July 7, 2004,

        requesting compliance with said discovery.  A true and accurate copy of said letter is attached hereto as Exhibit 1.

8. Lastly, the undersigned sent a letter to Mr. Newcity dated August 12, 2004, which requested compliance by no later than August 26, 2004.  A true and accurate copy of said letter is attached hereto as Exhibit 2.

9. While the undersigned has spoken with Mr. Newcity generally about the need to resolve these disputes, Defendant has failed to comply with the Plaintiff's discovery requests.

10. Additionally, Defendant has not received any communication from Mr. Newcity in response to the undersigned's August 12, 2004 correspondence.

11. It is now September 8, 2004, and the Defendant has failed to answer a single interrogatory and has failed to answer a single request for production of documents.  All Plaintiff has received, to date, are the objections set forth in Defendant's October 31, 2003 Objections.

12. The undersigned thus certifies, pursuant to Local Rule 37(a)(2), that he has attempted to confer in good faith with opposing counsel in order to reduce and/or eliminate areas of dispute generated by Defendant's objections and its wholesale failure to produce any requested information or documents.  These efforts, however, have been frustrated by Defendant's continuing failure to cooperate in these regards.

13. I have read the foregoing and it is true and accurate to my best information and belief.

Dated at Hartford, Connecticut this 8th day of September, 2004.

_____/s/_____
William G. Madsen

Subscribed and sworn to before
me this 8th day of September, 2004.

_____/s/_____