# MADSEN, PRESTLEY *&* PARENTEAU, LLC

*Representing Individuals in Employment and Benefits Law and Litigation*

Attorneys At Law
Hartford • New London

44 Capitol Avenue, Suite 201
Hartford, Connecticut 06106
Telephone: (860) 246-2466
Facsimile: (860) 246-1794

*William G. Madsen*

July 7, 2004

<u>BY ADVANCE FACSIMILE: (617) 695-2335</u>

Mark A. Newcity
Fitzhugh, Parker, & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

         Re: <u>David Ruran v. Beth El Temple</u>

Dear Mark:

  I am in receipt of your June 29, 2004 correspondence and the accompanying deposition notice. As you will recall, I noticed the depositions of several defense witnesses nearly one year ago. Under these circumstances, I cannot agree to produce Mr. Ruran for deposition until I have taken and completed those depositions. Additionally, you have objected to **every** interrogatory and production request which we served upon you. Now that it appears that settlement is not viable opportunity, I would request the opportunity to speak with you in order to resolve these objections. You will recall that I have already sent you a letter regarding these discovery issues in December of last year, and to date I have not heard back from you.

  Under these circumstances, I believe that we should (1) attempt to resolve the issues surrounding your objections to our written discovery; (2) if we are unable to do so, present those issues to the Court for adjudication; (3) after such adjudication or other resolution of the discovery issues, take and complete the depositions which I previously noticed, and (4) take and complete the deposition of Mr. Ruran.

  Thank you for your attention to this matter.

               Very truly yours,

               William G. Madsen

cc:     David Ruran