# EXHIBIT 1

### HOURS ENTERED ON MOTION TO COMPEL
### in RURAN V. BETH EL TEMPLE OF WEST HARTFORD, INC.

**Attorney William G. Madsen**

September 7, 2004 – 4.7 hours
Review, research and revise motion to compel and memorandum in support; prepare affidavit.

September 8, 2004 – 2.2 hours
Final revisions to motion to compel, affidavit in support, and memorandum in support of motion to compel

| Total Time Entered | Rate | Fee Charged |
|---|---|---|
| 6.9 hours | $300.00 per hour | $2,070.00 |

-------------------------------------------------------------------------------------------------------------

**Law Clerk Todd Steigman**

August 31, 2004 -- 4.40 hours
Review pleadings, correspondence & discovery doc's; research and write motion to compel

| Total Time Entered | Rate | Fee Charged |
|---|---|---|
| 4.40 hours | $150.00 per hour | $660.00 |

-------------------------------------------------------------------------------------------------------------

**Paralegal Kate Demitrus**

August 26, 2004 - .3 hours
Conference with WGM re motion to compel; review of file for recent correspondence re discovery.

August 26, 2004 - .2 hours
Teleconference with client re motion to compel.

September 8, 2004 – .3 hours
Conference with WGM re attorneys fees; prepare exhibit re attorneys fees for motion to compel.

| Total Time Entered | Rate | Fee Charged |
|---|---|---|
| .80 hours | $100.00 per hour | $80.00 |

-------------------------------------------------------------------------------------------------------------

Total Charge: **$2,810.00**