# MADSEN, PRESTLEY & PARENTEAU, LLC
*Representing Individuals in Employment and Benefits Law and Litigation*

Attorneys At Law
Hartford • New London

44 Capitol Avenue, Suite 201
Hartford, Connecticut  06106
Telephone: (860) 246-2466
Facsimile: (860) 246-1794

*William G. Madsen*

August 12, 2004

BY ADVANCE FACSIMILE: (617) 695-2335

Mark A. Newcity
Fitzhugh, Parker, & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

        Re:  David Ruran v. Beth El Temple

Dear Mark:

  I write to follow up on my correspondence of last December, as well as that of July 7, 2004.  As you know, I have attempted to communicate with you regarding serious outstanding discovery issues that exist in this matter.  In response to the Plaintiff's First Set of Interrogatories and Requests for Production, propounded on **September 29, 2003**, you objected to **each and every** interrogatory and production request which we served upon you.  I would also note that no responsive answers were provided for interrogatories 1, 2, and 6, as well as request for production numbers 3, 4, 5, 28, and 29.  As such, any objection to these interrogatories and requests for production is deemed waived.  In light of the fact that settlement is no longer a possibility, I am formally requesting that responsive answers and documents be produced within the next 15 days.

  In addition, I noticed the depositions of Rabbi Rosen, Mr. Bernstein, Ms. Kallor, Ms. Brandwein, Mr. Rachlin, Ms. Margoluis, Ms. Cohen, and Mr. Kleinman on **August 20, 2003.** To date, you have not provided me with dates on which they are available.  It is imperative that we set a schedule for the completion of these depositions and that we move discovery along.  Please provide me with dates that these individuals are available within the next 15 days.

  As you know, the Federal Rules of Civil Procedure and the Local Rules for the District of Connecticut require that we confer prior to the filing of any motion to compel discovery responses.  It is my sincere hope that we do not need to seek the involvement of Judge

Mr. Mark A. Newcity
August 12, 2004
Page 2

Droney and/or Magistrate Judge Garfinkel in these matters.  However, please be advised that we are fully prepared to file a motion to compel should we not reach an accord on these issues on or before August 26, 2004.

    As always, please feel free to contact me by telephone to discuss these issues. Thank you for your attention to thes matters.

                                                   Very truly yours,

                                                 William G. Madsen

cc:    David Ruran