# EXHIBIT 1

### HOURS ENTERED ON REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
### in RURAN V. BETH EL TEMPLE OF WEST HARTFORD, INC.

**Attorney William G. Madsen**

October 14, 2004 – 1.0 hours
Review, research and revise reply to opposition to motion to compel and affidavit.

| Total Time Entered | Rate | Fee Charged |
|---|---|---|
| 1.0 hours | $300.00 per hour | $300.00 |

--------------------------------------------------------------------------------

**Law Clerk Todd Steigman**

September 30, 2004 - 4.50 hours
Conference with WGM, KD re reply to opposition to motion to compel; Research, write Reply to Def's Opposition.

| Total Time Entered | Rate | Fee Charged |
|---|---|---|
| 4.50 hours | $150.00 per hour | $675.00 |

--------------------------------------------------------------------------------

**Paralegal Kate Demitrus**

September 30, 2004 - .20 hours
Conference with WGM, TS re opposition to motion to compel, reply thereto.

October 14, 2004 - .40 hours
Conference with WGM, re opposition to motion to compel; prepare affidavit of attorney's fees.

| Total Time Entered | Rate | Fee Charged |
|---|---|---|
| .60 hours | $100.00 per hour | $60.00 |

--------------------------------------------------------------------------------

Total Charge:  **$1,035.00**