UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN, | | : |
| | Plaintiff, | : |
| | | : |
| v. | | : Civil Action No. 3:03CV 452 (CFD) |
| | | : |
| BETH EL TEMPLE OF WEST HARTFORD, INC., | | : |
| | | : |
| | Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_    A recommended ruling on the following motions which are currently pending: (orefm.)

  X     A ruling on the following motion which is currently pending: **[Doc. #22] Plaintiff's Motion to Compel and for Attorney's Fees (orefm.)**

\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_    A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_    Other: (orefmisc./misc) _____

SO ORDERED this 18th day of October 2004 at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge