UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | **CIVIL ACTION NUMBER** |
| **Plaintiff,** | : | |
| | : | **3: 03 CV 452 (CFD)** |
| **V.** | : | |
| | : | |
| **BETH EL TEMPLE OF WEST** | : | |
| **HARTFORD, INC.,** | : | |
| **Defendant** | : | **JANUARY 25, 2005** |

## JOINT MOTION TO ENLARGE THE SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the parties respectfully request a ninety day enlargement of time of the scheduling order currently in place beginning on the date that a ruling is made on a currently pending Motion to Compel [doc. #22] in this matter. In support of this motion, the parties state the following:

1. Pursuant to the current scheduling order, discovery is to be complete by January 30, 2005; and dispositive motions are due by March 1, 2005.

2. On September 8, 2004, the Plaintiff filed a Motion to Compel discovery responses together with a supporting memorandum of law [docs. #22 and 23 ]. The Defendant opposed that Motion [doc. # 24 and 25] and the Plaintiff subsequently filed a Reply [doc. #26].

3. To date, no ruling has been made on the Motion to Compel.

4. There remain several depositions to be taken, which cannot be taken without the aid of documents that are the subject of the Motion to Compel.

**ORAL ARGUMENT IS NOT REQUESTED NOR IS TESTIMONY REQUIRED**

5.  This parties believe that at least ten (10) depositions will be taken and that they will need ample time to take said depositions.

6.  This is the third enlargement of time sought by either party in this case.

WHEREFORE, the parties respectfully request a ninety day enlargement of time beginning on the date that a ruling is made on the Plaintiff's Motion to Compel within which to complete discovery and file dispositive motions.  Thus, discovery would close ninety days following any ruling on the Motion to Compel and dispositive motions would be due thirty days thereafter.

| | |
|---|---|
| THE PLAINTIFF,<br>David Ruran | THE DEFENDANT,<br>Beth El Temple of West Hartford, Inc. |
| By_____<br>William G. Madsen (CT 09853)<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Ave.; Suite 201<br>Hartford, CT 06106<br>(860) 246-2466 - telephone<br>(860) 246-2794 - facsimile<br>wmadsen@mppjustice.com - email | By_____<br>Mark A. Newcity (ct07991)<br>Fitzhugh, Parker & Alvaro, LLP<br>One Constitution Plaza, Suite 900<br>Hartford, CT  06103<br>(860) 549-6803 - telephone<br>(860) 728-0546 - facsimile<br>mnewcity@Fitzhughlaw.com - email |