UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN, | : | CIVIL ACTION NO.: |
| | : | 3: 03 CV 452 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BETH EL TEMPLE OF | : | |
| WEST HARTFORD, INC., | : | |
| | : | |
| Defendant. | : | MARCH 3, 2005 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF OBJECTION TO RULING ON PLAINTIFF'S MOTION TO COMPEL AND FOR EXPENSES

The defendant, Beth El Temple of West Hartford, Inc. hereby moves for an extension of time up to and including March 21, 2005 to file its memorandum in support of objection to ruling on plaintiff's motion to compel and for expenses.

In support of this motion, the defendant, through counsel, represents the following:

1. Counsel for the defendant only recently received the Ruling on Plaintiff's Motion to Compel and for Expenses.

2. Counsel for the defendant will be on vacation from March 5, 2005 to March 13, 2005.

3. The Defendant's Objection, stating the grounds therefore, has been filed herewith; however, Counsel requires more time to adequately prepare defendant's memorandum.

3. Pursuant to Local Rule 9(b)(3), defendant's counsel has inquired of opposing counsel, William Madsen, who stated during a telephone conference on March 3, 2005 that the plaintiff has no objection to this motion.

BETH EL TEMPLE OF
WEST HARTFORD, INC.,
By Its Attorneys,

_____
Mark A. Newcity
Fed Bar # ct07991
**FITZHUGH, PARKER & ALVARO LLP**
One Constitution Plaza, Suite 900
Hartford, CT 02110
(860) 549-6803

## Certificate of Service

The undersigned hereby certifies that on November 8, 2004, a copy of the above document was sent to William G. Madsen, counsel for the plaintiff, at Madsen, Prestley & Parenteau, LLC, 44 Capitol Ave., Suite 201, Hartford, CT 06106, by first class mail, postage prepaid.

_____
Mark A. Newcity