UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | |
| | : | 3: 03 CV 452 (CFD) |
| V. | : | |
| | : | |
| **BETH EL TEMPLE OF WEST HARTFORD, INC.,** | : | |
| | : | |
| Defendant | : | February 5, 2007 |

### FIRST MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES AND DOCUMENT REQUESTS

Pursuant to the Federal Rules of Civil Procedure and Local Rule7 of this Court, Plaintiff David Ruran respectfully requests a fourteen (14) day enlargement of time in which to respond to Defendant's First Set of Interrogatories and First Requests for Production of Documents. As discussed below, this is the first such extension sought with respect to these discovery requests, and is made with the consent of Defendant. In support of this motion, Plaintiff states the following:

1. On January 12, 2007, Plaintiff was served with Defendant's First Set of Interrogatories and First Requests for Production of Documents. Therefore, under the applicable rules, Plaintiff's responses and objections would be due on or before Monday, February 12, 2007.

2. Plaintiff has begun preparing his responses and objections to said two sets of discovery, but requires an additional two weeks in order to complete said responses.

**ORAL ARGUMENT IS NOT REQUESTED NOR IS TESTIMONY REQUIRED**

3. This is the first such extension of time sought with respect to said discovery responses.

4. Today, February 5, 2007, by telephone and by email, the undersigned communicated with counsel for Defendant, Mark Newcity, who advised that he consents to the requested enlargement of time.

WHEREFORE, Plaintiff, on consent, hereby respectfully moves for a fourteen day enlargement of time within which to respond to Defendant's First Set of Interrogatories and First Requests for Production of Documents.  With the granting of this motion, Plaintiff's responses would be due on or before Monday, February 26, 2007.

                    PLAINTIFF,
                    DAVID RURAN

By:       /s/
     William G. Madsen (ct09853)
     Madsen, Prestley & Parenteau, LLC
     44 Capitol Ave., Suite 201
     Hartford, CT 06106
     TEL.  (860) 246-2466
     FAX. (860) 246-1794
     Email: wmadsen@mppjustice.com

## CERTIFICATION OF SERVICE

      I hereby certify that on this 5th day of February, 2007, a copy of foregoing Motion On Consent to Enlarge the Scheduling Order was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      By:      /s/
      William G. Madsen (ct09853)
      Madsen, Prestley & Parenteau, LLC
      44 Capitol Ave.; Suite 201
      Hartford, CT  06106
      Telephone: (860) 246-2466
      Facsimile: (860) 246-1794
      E-mail: wmadsen@mppjustice.com