UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | CIVIL ACTION NUMBER |
| **Plaintiff,** | : | |
| | : | 3: 03 CV 452 (CFD) |
| **V.** | : | |
| | : | |
| **BETH EL TEMPLE OF WEST** | : | |
| **HARTFORD, INC.,** | : | |
| **Defendant** | : | JUNE 11, 2007 |

## NOTICE OF APPEARANCE

     Please take notice that the undersigned, Katalin A. Demitrus, is appearing as counsel of

record in the above-captioned action on behalf of the Plaintiff David Ruran. This

appearance is in addition to all appearances currently on file.

     Respectfully submitted,

By: _____/s/_____
Katalin A. Demitrus (ct26884)
    Madsen, Prestley & Parenteau, LLC
    44 Capitol Ave., Suite 201
    Hartford, CT 06106
    (860) 246-2466 (tel.)
    (860) 246-1794 (fax)
    Email: kdemitrus@mppjustice.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on this 11th day of June, 2007, a copy of foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

By:     /s/
Katalin A. Demitrus (ct26884)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave.; Suite 201
Hartford, CT 06106
Telephone: (860) 246-2466
Facsimile: (860) 246-1794
E-mail: kdemitrus@mppjustice.com

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com