UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID RURAN,** | : | **CIVIL ACTION NUMBER** |
| Plaintiff, | : | |
| | : | **3: 03 CV 452 (CFD)** |
| V. | : | |
| | : | |
| **BETH EL TEMPLE OF WEST** | : | |
| **HARTFORD, INC.,** | : | |
| Defendant | : | **JULY 20, 2007** |

## JOINT MOTION TO ENLARGE THE SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the parties respectfully request an enlargement of time of the scheduling order currently in place  In support of this motion, the parties state the following:

1. Pursuant to the current scheduling order, discovery is to be completed by August 10, 2007; and dispositive motions are due by September 10, 2007.

2. Despite the best efforts of the parties, the undersigned counsel do believe that they will be able to complete the contemplated depositions by August 10, 2007.

3. As indicated in a prior motion, Plaintiff's counsel William Madsen and his wife were recently involved in a serious car accident. Attorney Madsen's wife continues to recover from serious injuries sustained in that accident, and as a result Attorney Madsen has spent a significant amount of time away from his law practice in order to care for his wife and small children.

4. Defendant's counsel Mark Newcity will be leaving his current firm and joining another firm on or about August 1, 2007. He is in the process of settling his affairs with his current firm and moving to his new office. As a result, he will have little or no time prior to the discovery deadline to meet with the witnesses who will be deposed and attend their depositions.

5. In addition, due to the vacation schedules of many of the witnesses, they are not available for a deposition prior to August 10, 2007.

6. This parties believe that at least seven depositions will be taken and that they will need ample time to take said depositions.

7. This is the eighth enlargement of time sought by either party in this case.

WHEREFORE, the parties respectfully request an enlargement of time for the completion of discovery until September 15, 2007, and for the filing of dispositive motions until October 15, 2007.

| THE PLAINTIFF, | THE DEFENDANT, |
| --- | --- |
| David Ruran | Beth El Temple of West Hartford, Inc. |
| | |
| By   /s/ William G. Madsen | By   /s/ Mark A. Newcity |
| William G. Madsen (CT 09853) | Mark A. Newcity (ct07991) |
| Madsen, Prestley & Parenteau, LLC | Fitzhugh, Parker & Alvaro, LLP |
| 44 Capitol Ave.; Suite 201 | 155 Federal Street, Suite 1700 |
| Hartford, CT 06106 | Boston, MA 02110 |
| (860) 246-2466 - telephone | (617) 695-2330 - telephone |
| (860) 246-2794 - facsimile | (617) 695-2335 - facsimile |
| wmadsen@mppjustice.com - email | mnewcity@fitzhughlaw.com - email |

### CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

   /s/ Mark A. Newcity
Mark A. Newcity