UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03-CV-00452-CFD |
| VS. | : | |
| BETH EL TEMPLE OF WEST HARTFORD, INC. | : | |
| Defendant. | : | AUGUST 15, 2007 |

### NOTICE OF APPEARANCE

Please enter my Appearance as attorney for the defendant, Beth El Temple of West Hartford, Inc., in the above-entitled case.

Dated at Hartford, Connecticut this 15th day of August, 2007.

          THE DEFENDANT,
          BETH EL TEMPLE OF WEST
          HARTFORD, INC.

          By    /s/ Joseph J. Andriola
          Joseph J. Andriola of
          HALLORAN & SAGE LLP
          Fed Bar #ct26830
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          Its Attorneys
          Tel.: (860)522-6103
          Fax: (860)548-0006
          email: andriola@halloran-sage.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2007, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

William G. Madsen
Katalin A. Demitrus
Madsen, Prestley & Parenteau, LLC
44 Capital Ave., 2nd Floor E., Suite 201
Hartford, CT 06106
(Attorneys for Plaintiff)

Mark A. Newcity
Fitzhugh, Parker & Alvaro
155 Federal Street
Suite 1700
Boston, MA 02110
(Attorney for Defendant)

      By   /s/ Joseph J. Andriola
          Joseph J. Andriola of
          HALLORAN & SAGE LLP
          Fed Bar #ct26830
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          Its Attorneys
          Tel.: (860)522-6103
          Fax: (860)548-0006
          email: andriola@halloran-sage.com

1026851_1 DOC