UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03-CV-00452-CFD |
| VS. | : | |
| BETH EL TEMPLE OF WEST HARTFORD, INC. | : : | |
| Defendant. | : | AUGUST 16, 2007 |

**EMERGENCY MOTION FOR ENLARGEMENT OF SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 7, the undersigned defendant, Beth El Temple of West Hartford, Inc., hereby respectfully moves the Court for good cause shown, for an emergency enlargement of time of the deadlines in the Court's scheduling order. In support of this motion, the undersigned represents that under the Court's current scheduling order, the following deadlines currently exist:

(a)   Discovery due by 9/15/2007; and

(b)   Dispositive motions due by 10/15/07.

On consent of the plaintiff, the defendant respectfully requests that this Court grant an enlargement of time of sixty days for the foregoing deadlines for the completion of discovery and dispositive motions.

In support of this motion, the defendant represents as follows:

1.   Although numerous motions for extension of time have been sought and granted in the past with respect to deadlines for discovery and dispositive motions and

significant discovery has been conducted to date, the present extension is crucial because the defense of this matter was transferred to the undersigned firm only four days ago on Monday, August 13, 2007. <u>We are advised the predecessor firm, Fitzhugh, Parker & Alvaro, disbanded as a firm last week</u>. Consequently, the insurance carrier for the defendant was compelled to transfer the file.

2. The undersigned counsel has not yet obtained the entire file from previously appearing defense counsel, Mark Newcity, and those parts of the file received to date are voluminous, consisting of three full banker's boxes.

3. The undersigned defense counsel has not yet had an opportunity to digest the voluminous discovery materials contained in the file.

4. Plaintiff's counsel has scheduled four depositions to take place next week, and has informed the undersigned that the plaintiff intends to leave for Israel on a five week vacation for the Jewish high holidays beginning of August 24, 2007 and returning after the current discovery deadline has passed.

5. Although the defendant needs to conduct the deposition of the plaintiff, the undersigned is unable to do so in accordance with the present deadlines due to the upcoming schedule of depositions and the plaintiff's unavailability.

6. Additionally, as indicated in a prior motion, depositions by plaintiff's counsel, William Madsen, have been delayed as he and his wife were recently involved in a serious car accident. Attorney Madsen's wife continues to recover from serious injuries sustained in that accident, and, as a result, Attorney Madsen has spent a

significant amount of time away from his law practice in order to care for his wife and small children.

7.  Due to the fact that the undersigned defense counsel has just taken over the defense of this matter and that the plaintiff will be unavailable for deposition until after the discovery deadline has passed, it is impossible for the parties to meet the existing discovery deadlines.

8.  Attorney William G. Madsen has consented to the Motion on behalf of the plaintiff, David Ruran, and both counsel are willing to participate in a telephone conference with the Court if the Court so desires.

**WHEREFORE**, for all the foregoing reasons, and for good cause shown, the plaintiff respectfully requests that the Court enlarge certain deadlines as follows:

1. All discovery will be completed by November 14, 2007.
2. Dispositive motions will be filed on or before December 14, 2007

```
                                    THE DEFENDANT,
                                    BETH EL TEMPLE OF WEST
                                    HARTFORD, INC.

                                    By_____
                                      Joseph J. Andriola of
                                      HALLORAN & SAGE LLP
                                      Fed Bar #ct26830
                                      One Goodwin Square
                                      225 Asylum Street
                                      Hartford, CT 06103
                                      Its Attorneys
                                      Tel.: (860)522-6103
                                      Fax: (860)548-0006
                                      email: andriola@halloran-sage.com
```

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

William G. Madsen
Katalin A. Demitrus
Madsen, Prestley & Parenteau, LLC
44 Capital Ave., 2nd Floor E., Suite 201
Hartford, CT 06106
(Attorneys for Plaintiff)

Mark A. Newcity
Fitzhugh, Parker & Alvaro
155 Federal Street
Suite 1700
Boston, MA 02110
(Attorney for Defendant)

By_____
Joseph J. Andriola of
HALLORAN & SAGE LLP
Fed Bar #ct26830
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel.: (860)522-6103
Fax: (860)548-0006
email: andriola@halloran-sage.com

1026865_1 DOC