UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID RURAN | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO. |
| VS. | ) |
| | ) |
| BETH EL TEMPLE OF WEST HARTFORD, INC. | ) |
| | ) |
| | ) NOVEMBER 15, 2007 |
| Defendant | ) |

### AFFIDAVIT OF JOSEPH ANDRIOLA

The undersigned, being duly sworn, hereby deposes and says:

1. I am over eighteen (18) years of age and understand the obligations of an oath.

2. I am counsel for Beth El Temple of West-Hartford, Inc., the defendant in the above-captioned matter.

3. On or about October 30, 2007, counsel for the defendant first received Plaintiff's Responses to Defendant's First Set of Interrogatories, which were dated February 26, 2007.

4. Plaintiff objected to and did not provide a response to interrogatories numbers 9, 10, 11 and 13.

5. Defendant's counsel in a letter to plaintiff's counsel, dated November 2, 2007, responded to plaintiff's objections and offered to accept answers to specific requests in that letter as satisfactory compliance with discovery. Said letter was sent via e-mail and regular mail.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

6.  On November 8, 2007, defendant's counsel, Michael MacDonald, had a telephone conference with plaintiff's counsel, William Madsen, in an attempt to resolve the parties' differences concerning the plaintiff's objections to discovery. William Madsen informed Michael MacDonald that he had not reviewed the letter dated November 2, 2007.

7.  Michael MacDonald directly thereafter, on November 8, 2007, faxed another copy of the letter, dated November 2, 2007, to plaintiff's counsel.

8.  On November 12, 2007, defendant's counsel, Michael MacDonald, again called plaintiff's counsel, William Madsen, to attempt to resolve discovery disputes. William Madsen was unavailable and a voice-mail was left for him.

9.  On November 13, 2007, defendant's counsel, Michael MacDonald, again called plaintiff's counsel, William Madsen, to attempt to resolve discovery disputes. William Madsen was unavailable and a voice-mail was left for him.

10. To date, plaintiff's counsel has not responded to defendant's counsel good faith efforts to resolve these discovery disputes, even though plaintiff's counsel has had ample opportunity to respond. For example, plaintiff's counsel was performing depositions on this case on November 9 and 12, 2007, and did not provide defendant's counsel with a response to his November 2, 2007 letter.

11. Despite good faith efforts, the parties have been unable to reach an accord concerning their differences over plaintiff's objections to interrogatories numbers 9, 10, 11 and 13.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105


Joseph J. Andriola

Subscribed and sworn to before me on this 15th day of November, 2007.

_____
Notary Public
Commission Expires:

Francene L. Diana
Notary Public
My Commission Expires
April 30, 2008

1081596v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 3 -

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105