UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN, | : | CIVIL ACTION NO.: |
| | : | 3: 03 CV 452 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BETH EL TEMPLE OF | : | |
| WEST HARTFORD, INC., | : | |
| | : | |
| Defendant. | : | February 26, 2007 |

PLAINTIFF'S RESPONSES TO DEFENDANT'S
FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff David Ruran hereby provides his objections and responses to Defendant Beth El Temple of West Harford, Inc.'s First Set of Interrogatories. Plaintiff reserves the right to further supplement his responses as may be necessary from time to time.

INTERROGATORIES

1. Please identify yourself, giving your full name, date of birth, social security number, current residential address, and current occupation and current business address.

ANSWER: Benjamin David Ruran, 1836 Asylum Avenue, West Hartford, CT 06117, Date of Birth - 02/06/1937, Social Security Number 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.

2. State whether you have been gainfully employed, including self-employment, for any person or entity other than Beth El Temple, at any time during the period beginning from the date of your graduation from high school and ending on the date on which the answers to these Interrogatories are executed and verified.

unduly burdensome. Plaintiff further objects on the ground and to the extent that it calls for a legal conclusion.

**RESPONSE:** Subject to and without waiving said objections, and interpreting "management" and "human resources" as meaning members of the Executive Committee, Plaintiff states that he spoke with Stu Bernstein regarding his allegations of discrimination.

9. If you contend that the defendant violated 29 U.S.C. §§ 621-634, please state each and every fact upon which you rely, including:

a. The name(s) of all persons employed by Beth El Temple whose statements and/or actions violated said statute;

b. The date(s) which such statements and/or actions took place;

c. The name(s) of all persons to whom such statements and/or actions were conveyed;

d. The substance of all such statements and/or actions;

e. The identity of any documents supporting this contention;

f. Each and every person you believe has or may have information regarding your allegations.

**OBJECTION:** Plaintiff objects to this request on the grounds that it is overly broad and unduly burdensome in that it requests information from a qualified professional to respond to the identification of "each and every fact" relied upon in violation of 29 U.S.C. §§ 621-634. Plaintiff further objects on the ground and to the extent that this interrogatory calls for a legal

conclusion in that he is not an attorney and is therefore not in a position to judge what does or does not establish or support the legal standards or definitions of 29 U.S.C. §§ 621-634.

10. If you contend that the defendant violated Connecticut Fair Employment Practices Act § 46a-58 *et seq.*, please state each and every fact upon which you rely, including:

   a. The name(s) of all persons employed by Beth El Temple whose statements and/or actions violated said statute;

   b. The date(s) which such statements and/or actions took place;

   c. The name(s) of all persons to whom such statements and/or actions were conveyed;

   d. The substance of all such statements and/or actions;

   e. The identity of any documents supporting this contention;

   f. Each and every person you believe has or may have information regarding your allegations

**OBJECTION:** Plaintiff objects to this request on the grounds that it is overly broad and unduly burdensome in that it requests information from a qualified professional to respond to the identification of "each and every fact" relied upon in violation of Connecticut Fair Employment Practices Act §46a-58 *et seq.* Plaintiff further objects on the ground and to the extent that this interrogatory calls for a legal conclusion in that he is not an attorney and is therefore not in a position to judge what does or does not establish or support the legal standards or definitions of Connecticut Fair Employment Practices Act §46a-58 *et seq.*

11. If you contend that the defendant engaged in a pattern of discrimination against older employees, please state each and every fact upon which you rely, including:

   a. The name(s) of all employees who have been discriminated against because of their older

age;

b. All actions/statements of the defendant you believe to be discriminatory;

b. The date(s) which such statements and/or actions took place;

c. The name(s) of all persons to whom such statements and/or actions were conveyed;

d. The substance of all such statements and/or actions;

e. Each and every person you believe has or may have information regarding your allegations

**OBJECTION:** Plaintiff objects to this interrogatory on the grounds that it is overly broad and unduly burdensome in that it requires Plaintiff to identify each person whom he believes may have knowledge regarding his claims and to identify each and every action on which he bases his claims Plaintiff further objects on the ground and to the extent that it calls for a legal conclusion in that he is not an attorney and is therefore not in a position to judge what does or does not establish or support the legal standards or definitions of age discrimination under applicable law.

12. Please identify in full and complete detail each person you expect to call as an expert witness at trial, being certain to include a description of the subject matter on which each such expert is expected to testify, the substance of the facts and opinions to which each such expert is expected to testify, and a summary of the grounds for each opinion.

**OBJECTION:** Plaintiff objects to this interrogatory to the extent it requests that he produce information and documents concerning expert witnesses beyond what is required under the Federal Rules of Civil Procedures and the Local Rules for the District of Connecticut.

**RESPONSE:** Subject to and without waiving said objections, Plaintiff states that he has not retained any expert at this time, but that he will produce information concerning any expert witness he retains

in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the scheduling order currently in place.

13. Please identify each and every person who you believe was a witness to any of the facts and circumstances alleged in the Complaint, and include in your answer all such persons that you intend to call at the trial of this action.

**OBJECTION:** Plaintiff objects to this interrogatory on the ground that it is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, in that it purports to apply to "any of the facts and circumstances alleged in the Complaint."

14. Identify by name and address, including street address, city and state, all medical providers, including psychiatric, psychological, or counseling providers, with whom you have treated since January 1, 2000 for any emotional or mental distress.

**OBJECTION:** Plaintiff objects on the ground that this interrogatory violates Plaintiff's statutory and common-law privacy rights without the requisite showing of need, and in the absence of a protective order and confidentiality stipulation. Plaintiff further objects to this request on the ground that the information sought is protected by applicable privileges, such as the doctor-patient privilege, the psychologist-client privilege, the psychiatrist-client privilege, and the therapist-client privilege. Plaintiff further objects that this interrogatory is overly broad in content and temporal scope and thus seeks information that is irrelevant and immaterial to Plaintiff's claims.

**RESPONSE:** Subject to and without waiving said objections, Plaintiff states that he has not