UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RURAN, | : | CIVIL ACTION NUMBER |
|     Plaintiff, | : | |
| | : | 3: 03 CV 452 (CFD) |
| V. | : | |
| | : | |
| BETH EL TEMPLE OF WEST HARTFORD, INC., | : | |
| | : | |
|     Defendant | : | June 5, 2008 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is with prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

PLAINTIFF,
DAVID RURAN

By /s/ William Madsen
William Madsen (ct 09853)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
(860) 246-2466

DEFENDANT,
BETH EL TEMPLE OF
WEST HARTFORD, INC.

By /s/ Joseph J. Andriola
Joseph J. Andriola (ct26830)
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum St.
Hartford, CT 06106
(860) 297-4619

## CERTIFICATION OF SERVICE

I hereby certify that on this 6 day of June, 2008, a copy of foregoing Stipulation for Dismissal with Prejudice was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

By: _____
Joseph J. Andriola (ct26830)
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum St.
Hartford, CT 06106
(860) 297-4619